THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANCE WATKINS AND ADRIENNE WATKINS, a married couple,<br><br>Plaintiffs,<br>v.<br>STATE FARM INSURANCE COMPANY, a foreign corporation doing business in Washington,<br><br>Defendant. | Case No. 2:24-cv-00906-TL<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |

THIS MATTER came before this Court upon Plaintiffs' Motion for Leave to File Amended Complaint. Having reviewed Plaintiff's motion and accompanying exhibits, and Defendant not having filed any response, the Court ORDERS that Plaintiffs' Motion for Leave to File Amended Complaint is GRANTED.

DATED this 28th day of October, 2024.

_____
The Honorable Tana Lin

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO
FILE AMENDED COMPLAINT - 1