HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANCE WATKINS AND ADRIENNE WATKINS, a married couple,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY, a foreign corporation doing business in Washington,<br><br>　　　　　　　　Defendant. | Case No. 2:24-cv-00906-TL<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT AN AWARD OF FEES OR COSTS<br><br>**NOTING DATE: December 13, 2024** |

　　Pursuant to the foregoing stipulation, it is hereby

　　ORDERED, ADJUDGED AND DECREED that this action is hereby dismissed with prejudice and without fees or costs to any party.

　　DATED this 16th day of December, 2024.

　　　　　　　　　　　　_____
　　　　　　　　　　　　Judge Tana Lin

//

//

ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT
AN AWARD OF FEES OR COSTS - 1

LEVY | VON BECK | COMSTOCK | P.S.
1200 Fifth Ave., Suite 1850
Seattle, Washington 98101
Main/Fax: 206-626-5444

PRESENTED BY:

| | |
|---|---|
| */s/ Dave von Beck* | |
| */s/ Jennifer Tait Solseng* | */s/ John McDonald *  |
| Dave von Beck, WSBA No. 26166 | */s/ Ryan Hesselgesser\** |
| Jennifer Tait Solseng, WSBA No. 29475 | John McDonald, WSBA No. 57511 |
| **LEVY | VON BECK | COMSTOCK | P.S.** | Ryan Hesselgesser, WSBA No. 40720 |
| 1200 Fifth Avenue, Suite 1850 | **FORSBEG & UMLAUF, P.S.** |
| Seattle, WA 98101 | 901 5th Ave Ste 1400 |
| Ph: 206.626.5444 | Seattle, WA 98164 |
| dmvonbeck@levy-law.com | rhesselgesser@foum.law |
| jennifer@levy-law.com | jmcdonald@foum.law |
| ***Attorneys for Plaintiffs*** | ***Attorneys for Defendant*** |

*\*Permission to add e-signature authorized via email*

ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT AN AWARD OF FEES OR COSTS - 2

LEVY | VON BECK | COMSTOCK | P.S.
1200 Fifth Ave., Suite 1850
Seattle, Washington 98101
Main/Fax: 206-626-5444